**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| John James Hawley, | ) | Case No. 3:19-CV-01098-ATB |
| *Plaintiff*, | ) | |
| | ) | Andrew T. Baxter |
| vs. | ) | United States Magistrate Judge |
| | ) | |
| Andrew Saul, | ) | Stipulation – Document Filed Electronically |
| Commissioner of the Social | ) | |
| Security Administration | ) | |
| *Defendant*. | ) | |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Andrew Saul, | John James Hawley |
| By His Attorneys | By His Attorney |
| Grant C. Jaquith, | |
| United States Attorney | |
| | |
| */s/ Rami M. Vanegas* | */s/ Justin Goldstein*[1] |
| Rami M. Vanegas | Justin Goldstein |
| Special Assistant United States Attorney | Law Offices of Kenneth Hiller |
| N.D.N.Y. Bar Roll No. 701030 | 6000 N. Bailey Ave., Suite 1A |
| Social Security Administration | Amherst, New York 14226 |
| Office of the General Counsel | (716)-564-3288 |
| J.F.K. Federal Building, Room 625 | jgoldstein@kennethhiller.com |
| Boston, MA 02203 | |
| (617) 565-1845 | |
| rami.vanegas@ssa.gov | |

IT IS SO ORDERED:

Andrew T. Baxter
U.S. Magistrate Judge
Dated: April 3, 2020
Syracuse, NY

---

[1] Signed by Rami Vanegas with Justin Goldstein's permission.